**DISMISS and Opinion Filed August 29, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00794-CV**

**JOHN B. EPSTEIN, Appellant**
**V.**
**STATE OF TEXAS WORKFORCE COMMISSION ED SERNA**
**EXECUTIVE DIRECTOR, TWC, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-01175-2024**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

The filing fee and docketing statement in this case have not been filed. By postcards dated July 2, 2024 and July 18, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By postcard July 2, 2024, we notified appellant the docketing statement was due and directed appellant to file the docketing statement within ten days. We cautioned appellant that the appeal was subject to dismissal if he failed to do so. To

date, appellant has not paid the filing fee or the docketing statement and has not otherwise corresponded with the Court regarding the status of this appeal.[1]

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5 (providing appellate courts may enforce rule requiring payment of filing fee "by any order that is just"); 42.3(b),(c) (permitting appellate courts to dismiss appeal for want of prosecution or for failure to comply with notice from clerk requiring a response or other action within a specified time).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

240794F.P05

---

[1] Additionally, we note that by letter dated August 23, 2024, the Collin County Clerk notified us a notice of the fee for the clerk's record was sent to appellant on July 2, 2024, but appellant has not yet paid for the clerk's record. We sent a notice of nonpayment for the clerk's record to appellant on August 23, 2024.



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

JOHN B. EPSTEIN, Appellant

No. 05-24-00794-CV          V.

STATE OF TEXAS WORKFORCE
COMMISSION ED SERNA
EXECUTIVE DIRECTOR, TWC,
Appellee

On Appeal from the County Court at
Law No. 6, Collin County, Texas
Trial Court Cause No. 006-01175-
2024.
Opinion delivered by Justice
Reichek. Justices Goldstein and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered August 29, 2024